# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 cr 75

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **JONATHAN ANTHONY-LEE TORRES.** ) | |
| _____ ) | |

Before the Court is the Government's Motion for Forfeiture of Property [# 19]. The Motion, however, lacks a prayer for relief. Accordingly, the Court **DENIES** the Motion [# 19] without prejudice.

Signed: July 30, 2018

Dennis L. Howell
United States Magistrate Judge